UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MUKESHBHAI PATEL,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER S. BULLOCK, *ICE Field Office Director of the New Orleans Field Office*;<br>DAVID VENTURELLA, *Acting Director of Immigration and Customs Enforcement*;<br>MARKWAYNE MULLIN, *Secretary of Homeland Security*; and<br>TODD BLANCHE, *Acting U.S. Attorney General*,<br><br>Respondents. | CASE NO.:<br>3:26-cv-01223<br><br>Judge Campbell |

**ORDER**

Pending before the Court is Petitioner's **Motion to Excuse or Extend Local-Counsel Requirement**. Upon consideration of the Motion and for good cause shown, the Court hereby ORDERS as follows:

1. Petitioner's request for expedited consideration of the Motion is **GRANTED**. The September 16, 2026 deadline for association of local counsel is hereby **STAYED pending the Court's disposition of the Motion**.

2. The requirement that Petitioner associate local counsel in this action is **EXCUSED through resolution of the presently pending habeas issues**.

3. Karen Weinstock is **PERMITTED to continue representing Petitioner without local counsel**, subject to all applicable Local Rules, electronic-filing requirements, and orders of the Court.

4. In the alternative, if the Court determines that local counsel must be associated, Petitioner shall have **thirty (30) days from entry of the Court's ruling on the Motion** to associate local counsel and file the required Notice of Appearance.

**IT IS SO ORDERED.**

Entered this 16th day of September, 2026.

William L. Campbell, Jr.

CHIEF UNITED STATES DISTRICT JUDGE